IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD S. ELLISON, SR. | ) |
| Petitioner, | ) |
| v. | ) 3:11-cv-01224 |
| | ) 3:08-cr-00261 |
| UNITED STATES OF AMERICA | ) |
| Respondent. | ) |

**O R D E R**

The Court is in receipt of REGINALD ELLISON'S Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody. The U.S. Attorney shall file an answer upon the Petitioner within twenty (21) days of the date of entry of this order.

IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge