*signature: Thomas A. Wiseman Jr.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD ELLISON, SR. ) | |
| ) | |
| V. ) | Civil No. 3:11-CV-01224 |
| ) | (Crim. No. 3:08-CR-00261) |
| UNITED STATES OF AMERICA ) | Judge Wiseman |

UNITED STATES' MOTION TO CONTINUE EVIDENTIARY HEARING

Comes now the United States and moves to continue the evidentiary hearing on the defendant's 2255 petition from Monday, December 17, 2012 for about one to two weeks. As grounds, the United States submits:

1. The undersigned is still in trial in U.S. v. Corey Lanier, which is being tried in Chief Judge Haynes' court. That trial is expected to end by Wednesday, December 19, 2012.

2. The undersigned received a telephone call today from defense counsel, Isaiah Gant, and counsel communicated regarding the scheduled hearing. The undersigned advised defense counsel of the ongoing trial, and the defense counsel stated that he had a medical appointment tomorrow morning at 9:45 a.m., which he could potentially re-schedule, but also had a medical procedure scheduled for Tuesday, which was likely to make him unavailable for 1-2 weeks. Defense counsel stated that he was hoping to be back at work in about one week, but would not know until later. The defense counsel had no objection to re-scheduling the evidentiary hearing, and was about to enter the jail to consult further with his client regarding the pending petition.