IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD ELLISON, SR., | ) |
| Movant, | ) |
| v. | ) No. 3:11-cv-01224 |
| UNITED STATES OF AMERICA, | ) Judge Sharp |
| Respondent. | ) |

### ORDER

Before the Court is movant Reginald Ellison, Sr.'s Motion for Relief from Civil Judgment Pursuant to Federal Rules of Civil Procedure, Rule 60(b)(3) (ECF No. 27). For the reasons set forth in the accompanying Memorandum Opinion, the motion is hereby **DENIED**.

It is so **ORDERED**.

.

Kevin H. Sharp
United States District Judge